Order Filed on September 12, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Palm Avenue Hialeah | Case No: <u>15-25880-JKS</u><br><br>Chapter: <u>13</u><br><br>Judge: John K. Sherwood |
| In Re:<br><br>Zelmir Ines Peao Costa,<br><br>         DEBTOR. | |

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

 The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 12, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:     Zelmir Ines Peao Costa
Case No.:   15-25880-JKS
Caption:    **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, holder of a mortgage on real property known as 428 South 9th Street, Newark, NJ 07103, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Zelmir Ines Peao Costa,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on September 1, 2016 as claim number seven (7) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated:   9/8/2016

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated:   9/8/2016

*/s/ Steven D. Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR