| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Palm Avenue Hialeah | Case No:    15-25880-JKS<br><br>Chapter: 13<br><br>Judge:  John K. Sherwood |
| In Re:<br><br>Zelmir Ines Peao Costa,<br><br>        DEBTOR. | |

*Order Filed on September 12, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey*

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 12, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Zelmir Ines Peao Costa
Case No.:      15-25880-JKS
Caption:       **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, holder of a mortgage on real property known as 428 South 9th Street, Newark, NJ 07103, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Zelmir Ines Peao Costa,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on September 1, 2016 as claim number seven (7) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:          Dated:  9/8/2016

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated:  9/8/2016

*/s/ Steven D. Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Zelmir Ines Peao Costa  
    Debtor

Case No. 15-25880-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2016  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.  
db          Zelmir Ines Peao Costa,    428 S 9th St,    Newark, NJ   07103-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Palm Avenue Hialeah  
          bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    Palm Avenue Hialeah jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Steven D. Pertuz    on behalf of Debtor Zelmir Ines Peao Costa pertuzlaw@verizon.net,  
          G16461@notify.cincompass.com  
                                                                                   TOTAL: 4