| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>    ZELMIR INES PEAO COSTA | Order Filed on November 2, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  15-25880 JKS<br><br>Hearing Date:  10/13/2016<br><br>Judge:  JOHN K. SHERWOOD<br><br>Debtor is Entitled To Discharge |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 2, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):     ZELMIR INES PEAO COSTA

Case No.:     15-25880 JKS

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 10/16/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 09/01/2015 the Debtor shall pay the Standing Trustee the sum of $1180.25 for a period of 14 month(s), and then commencing 11/01/2016 the sum of $1,333.00 for a period of 46 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk