| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** <br><br> IN RE: <br><br>   ZELMIR INES PEAO COSTA | Order Filed on November 2, 2016 <br> by Clerk U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No.:  15-25880 JKS <br><br> Hearing Date:  10/13/2016 <br><br> Judge:  JOHN K. SHERWOOD <br><br> Debtor is Entitled To Discharge |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

DATED: November 2, 2016

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):        ZELMIR INES PEAO COSTA

Case No.:        15-25880 JKS

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 10/16/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 09/01/2015 the Debtor shall pay the Standing Trustee the sum of $1180.25 for a period of 14 month(s), and then commencing 11/01/2016 the sum of $1,333.00 for a period of 46 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Zelmir Ines Peao Costa  
      Debtor

Case No. 15-25880-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2016  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db           Zelmir Ines Peao Costa,    428 S 9th St,    Newark, NJ    07103-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

          Denise E. Carlon     on behalf of Creditor     Palm Avenue Hialeah  
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
          Joshua I. Goldman     on behalf of Creditor     Palm Avenue Hialeah jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg     magecf@magtrustee.com  
          Steven D. Pertuz     on behalf of Debtor Zelmir Ines Peao Costa pertuzlaw@verizon.net,  
           G16461@notify.cincompass.com

                                                                                                                  TOTAL: 4