UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 7, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Palm Avenue Hialeah

Case No:    15-25880-JKS

Chapter: 13

In Re:

Zelmir Ines Peao Costa,

        DEBTOR.

Judge:  John K. Sherwood

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 7, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:            Zelmir Ines Peao Costa
Case No.:          15-25880-JKS
Caption:           **CONSENT ORDER CURING POST-PETITION ARREARS**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, holder of a mortgage on real property known as 428 South 9th Street, Newark, NJ 07103, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Zelmir Ines Peao Costa,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of October 24, 2016, Debtor is due for the post-petition payments due May 2016 through October 2016 with $1,565.68 in suspense for a total post-petition default of $19,360.46 (6 @ $3,487.69 less suspense balance of $1,565.68); and

It is further **ORDERED, ADJUDGED** and **DECREED** that the balance of the post-petition arrears in the amount of $19,360.46 shall be paid through Debtor's chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor shall resume making regular post-petition payments outside of the plan in the amount of $3,487.69, or as may be adjusted for interest or escrow changes, beginning November 1, 2016.

Dated:   11/22/16

I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:              Dated:   11/22/16


*/s/ Steven D. Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR