UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 7, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Palm Avenue Hialeah

Case No:    15-25880-JKS

Chapter: 13

In Re:

Zelmir Ines Peao Costa,

   DEBTOR.

Judge: John K. Sherwood

# CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 7, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:         Zelmir Ines Peao Costa
Case No.:       15-25880-JKS
Caption:        **CONSENT ORDER CURING POST-PETITION ARREARS**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, holder of a mortgage on real property known as 428 South 9th Street, Newark, NJ 07103, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Zelmir Ines Peao Costa,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of October 24, 2016, Debtor is due for the post-petition payments due May 2016 through October 2016 with $1,565.68 in suspense for a total post-petition default of $19,360.46 (6 @ $3,487.69 less suspense balance of $1,565.68); and

It is further **ORDERED, ADJUDGED** and **DECREED** that the balance of the post-petition arrears in the amount of $19,360.46 shall be paid through Debtor's chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor shall resume making regular post-petition payments outside of the plan in the amount of $3,487.69, or as may be adjusted for interest or escrow changes, beginning November 1, 2016.

Dated:   11/22/16

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   11/22/16

*/s/ Steven D. Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Zelmir Ines Peao Costa  
    Debtor

Case No. 15-25880-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.  
db           Zelmir Ines Peao Costa,    428 S 9th St,    Newark, NJ   07103-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    Palm Avenue Hialeah  
            bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
           Joshua I. Goldman    on behalf of Creditor    Palm Avenue Hialeah jgoldman@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Steven D. Pertuz    on behalf of Debtor Zelmir Ines Peao Costa pertuzlaw@verizon.net,  
            G16461@notify.cincompass.com  
     TOTAL: 4