Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  15−25880−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zelmir Ines Peao Costa
   aka Zelmir E. Callegari
   428 S 9th St
   Newark, NJ 07103−2042

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 12, 2017
JAN: zlh

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-25880-JKS
Zelmir Ines Peao Costa                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2          Date Rcvd: Jul 12, 2017
                            Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
db              Zelmir Ines Peao Costa,    428 S 9th St,    Newark, NJ   07103-2042
cr             +Ascension Capital Group Attn: Capital One N.A. Dep,    PO BOX 165028,    Irving, TX 75016-5028
515700451       Asset Recovery Solutions, LLC,    2200 E Devon Ave Ste 200,    Des Plaines, IL  60018-4501
515700452       Capital One, N.A.,    PO Box 21887,    Eagan, MN 55121-0887
515805836       City of Newark Tax Collector,    c/o Dept. of Law - Room 316,
                 920 Broad Street, Newark, NJ 07102
515700454      +Clear Spring Loan Services,    18451 Dallas Pkwy Ste 100,    Dallas, TX 75287-5209
515700455      +Contract Callers, Inc.,    501 Greene St Fl 3,    Augusta, GA 30901-4415
515758557       Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
516198702      +LILLIAN ZHANG,    11 WALNUT STREET,    LIVINGSTON, NJ 07039-2507
515700456       New Century Financial Services, Inc.,    c/o Pressler & Pressler, LLP,    7 Entin Rd,
                 Parsippany, NJ  07054-5020
515758559       Newark Dept. Of Finance,    920 Broad St Ste 104,    Newark, NJ 07102-2609
516373219      +Palm Avenue Hialeah, LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515743515       EDI: AIS.COM Jul 12 2017 23:08:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515936255      +EDI: AISACG.COM Jul 12 2017 23:08:00      Capital One N.A,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
515816874       EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
515758552*      Asset Recovery Solutions, LLC,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
515733340*     +Capital One, N.A.,    PO Box 21887,    Eagan, MN 55121-0887
515758553*      Capital One, N.A.,    PO Box 21887,    Eagan, MN 55121-0887
515758554*      Clear Spring Loan Services,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
515758555*     +Clear Spring Loan Services,    18451 Dallas Pkwy Ste 100,    Dallas, TX 75287-5209
515758556*     +Contract Callers, Inc.,    501 Greene St Fl 3,    Augusta, GA 30901-4415
516198703*     +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
515758558*      New Century Financial Services, Inc.,    c/o Pressler & Pressler, LLP,    7 Entin Rd,
                 Parsippany, NJ  07054-5020
515700453      ##Clear Spring Loan Services,    7668 Warren Pkwy Ste 325,    Frisco, TX  75034-4161
                                                                                        TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Palm Avenue Hialeah bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

        Joshua I. Goldman    on behalf of Creditor    Palm Avenue Hialeah jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Steven D. Pertuz    on behalf of Debtor Zelmir Ines Peao Costa pertuzlaw@verizon.net, G16461@notify.cincompass.com

        TOTAL: 4

Case 15-25880-JKS    Doc 76    Filed 07/14/17    Entered 07/15/17 00:37:14    Desc Imaged
Certificate of Notice    Page 3 of 3