UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Palm Avenue Hialeah

In Re:
  Zelmir Ines Peao Costa

Debtor.

**Order Filed on August 14, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-25880 JKS

Adv. No.:

Hearing Date: 3/23/2017 @ 11:00am

Judge: John K. Sherwood

# ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Zelmir Ines Peao Costa
Case No:  15-25880 JKS
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 428 South 9th Street, Newark, NJ 07103-2042, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven D. Pertuz, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of **June 15, 2017**, the automatic stay is vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in the land and premises commonly known as 428 South 9th Street, Newark, NJ 07103-2042; and

It is further **ORDERED, ADJUDGED and DECREED** that after June 15, 2017, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to a loan modification, short sale, or deed-in-lieu of foreclosure.  Additionally any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Zelmir Ines Peao Costa
428 S 9th St
Newark, NJ 07103-2042

Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004