| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Palm Avenue Hialeah<br><br>In Re:<br>    Zelmir Ines Peao Costa<br><br>Debtor. | **Order Filed on August 14, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>15-25880 JKS</u><br><br>Adv. No.:<br><br>Hearing Date: 3/23/2017 @ 11:00am<br><br>Judge: <u>John K. Sherwood</u> |
|---|---|

### ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2017**

                            Honorable John K. Sherwood
                            United States Bankruptcy Court

**(Page 2)**
Debtor: Zelmir Ines Peao Costa
Case No: 15-25880 JKS
Caption of Order: ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY
_____

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Palm Avenue Hialeah, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 428 South 9th Street, Newark, NJ 07103-2042, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven D. Pertuz, Esq., attorney for Debtor, and for good cause having been shown

    It is **ORDERED, ADJUDGED and DECREED** that as of <u>**June 15, 2017**</u>, the automatic stay is vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in the land and premises commonly known as 428 South 9th Street, Newark, NJ 07103-2042; and

    It is further **ORDERED, ADJUDGED and DECREED** that after June 15, 2017, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Zelmir Ines Peao Costa
428 S 9th St
Newark, NJ 07103-2042

Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-25880-JKS
Zelmir Ines Peao Costa                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 14, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db          Zelmir Ines Peao Costa,   428 S 9th St,   Newark, NJ   07103-2042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Palm Avenue Hialeah
       bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Palm Avenue Hialeah jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Steven D. Pertuz    on behalf of Debtor Zelmir Ines Peao Costa pertuzlaw@verizon.net,
       G16461@notify.cincompass.com
                                                                                                         TOTAL: 4