| | |
|---|---|
| **UNITED STATES BANKRUPTY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| **IN RE:**<br><br>**ZELMIR INES PEAO COSTA,**<br><br><br>**Debtor** | **Case No.:  15-25880 JKS** |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

   Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $78.33, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.


Payee Name & Address:    CITY OF NEWARK, TAX COLLECTOR
                         c/o DEPT. OF LAW, ROOM 316
                         920 BROAD ST.
                         NEWARK, NJ  07102

Amount:                  $78.33

Trustee Claim Number:    9

Court Claim Number:      3

Reason:                   Not Cashing


                                              By:   /S/  Marie-Ann Greenberg
Dated:  November 21, 2017                           MARIE-ANN GREENBERG
                                                    CHAPTER 13 STANDING TRUSTEE